In the Matter of the Liquidation of NATIONAL SURETY COMPANY.

HENRY K. BURNS et al., Constituting the Protective Committee for Unsecured Creditors of National Surety Company, et al., Appellants; SUPERINTENDENT OF INSURANCE OF STATE OF NEW YORK, as Liquidator of National Surety Company, et al., Respondents. (Two Appeals.)

In the Matter of the Liquidation of NATIONAL SURETY COMPANY.

IRENE MILINKOVITCH, Appellant; SUPERINTENDENT OF INSURANCE OF STATE OF NEW YORK, as Liquidator of National Surety Company, et al., Respondents.

Submitted April 3, 1939; decided April 11, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 280 N. Y. 514, 812.)

FRANCES N. STURMAN, Appellant, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

Submitted April 3, 1939; decided April 11, 1939.

Motion for reargument and a stay denied, with ten dollars costs and necessary printing disbursements. (See 280 N. Y. 57.)

MORGAN A. JONES, Respondent, *v.* CORA L. MALONEY, Appellant.

Submitted April 3, 1939; decided April 11, 1939.

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 277 N. Y. 437.)